

**750 Third Avenue, 9th Floor New York, NY 10017**
**212-549-1819 (tel.) 212-563-9280 (fax)**

Rania V. Sedhom, Member                                    Samuel A. Rubert, Of Counsel
Sally M. Gard, P.C., Of Counsel                            Ginger Mimier, Senior Associate
John Malek, Of Counsel

November 17, 2017

**<u>Via ECF</u>**
Hon. Judge Alison J. Nathan
United States District Court – Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**Re:**     ***Araujo v. Urban American Management, et al.*, No. 1:17-cv-5624-AJN**

Dear Hon. Judge Nathan:

  Pursuant to your instructions at the Initial Pretrial Conference held on November 3, 2017, the parties in the above-referenced action write to inform you that they have scheduled a settlement conference with Magistrate Judge Netburn for January 24, 2018 at 10am.

Respectfully submitted,

  ___/s/_____                    ___/s/ (with permission)_____
Rania V. Sedhom                                              Wendy J. Mellk
Ginger Mimier                                                 Kevin Connolly
Sedhom Law Group, PLLC                                 Jackson Lewis P.C.
750 Third Avenue, 9th Floor                             666 Third Avenue
New York, NY 10017                                         New York, NY 10017
212-549-1819                                                  212-545-4000

*Attorneys for Plaintiff Barbara Araujo*          *Attorneys for Defendants Urban American*
                                                                        *Management, a/k/a UA River Crossing LLC,*
                                                                        *Betsy Eisenberg, Philip Eisenberg, and*
                                                                        *Amanda Valdes*